UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDEFONSO B. LUJANO,<br>*an individual and on behalf of all others*<br>*similarly situated*,<br><br>          Plaintiffs,<br><br>    v.<br><br>GREIF, INC. et al.,<br><br>          Defendants. | Case No.  1:25-cv-00102-KES-FJS<br><br>ORDER CONTINUING SCHEDULING<br>CONFERENCE AND SETTING DEADLINE<br>BY WHICH TO FILE MOTION TO REMAND |

On April 13, 2026, the Court convened a scheduling conference.  The Court and parties discussed the submitted joint scheduling report (ECF No. 24), class certification issues, and Plaintiff's anticipated motion to remand.  As agreed at the conference, Plaintiff is ORDERED to file his motion to remand within thirty (30) days from the date of this order.  The parties are further ORDERED to meet and confer regarding a schedule for class certification discovery and briefing.  The parties are directed to consider what discovery is required pursuant to Fed. R. Civ. P. 23(a) and (b) and to jointly develop a class certification discovery and briefing schedule.  If the parties cannot agree to a schedule, they shall present their respective positions on how discovery

1

should occur in the joint filing. The parties SHALL submit a joint status report on or before May 4, 2026, proposing discovery and briefing deadlines for the class certification motion. The scheduling conference is therefore CONTINUED to May 11, 2026, at 9:30 AM before Magistrate Judge Frank J. Singer. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated:   **April 13, 2026**

_____
FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE