UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDEFONSO B. LUJANO, *an individual and on behalf of all others similarly situated*,<br><br>                    Plaintiffs,<br><br>        v.<br><br>GREIF, INC., et al.,<br><br>                    Defendants. | Case No.  1:25-cv-00102-KES-FJS<br><br>ORDER CONTINUING SCHEDULING CONFERENCE |

On April 13, 2026, the Court ordered Plaintiff to file his motion to remand within thirty (30) days from the date of its order. (ECF No. 27.)  Accordingly, Plaintiff has until May 13, 2026, to file his motion. (*Id.*)  Consequently, the scheduling conference currently set for May 11, 2026, is continued to May 15, 2026, at 9:00 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer.  The parties shall file a joint scheduling report seven (7) days prior to the conference.  The parties shall appear at the conference remotely by telephone.  The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference.  The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

    Dated:   **May 6, 2026**                    _____
                                UNITED STATES MAGISTRATE JUDGE

1