UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDEFONSO B. LUJANO, an individual and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>       v.<br><br>GREIF, INC., a Delaware Corporation; GREIF PACKING, LLC.; LIZ CORONA, an individual; and DOES 1 through 100, inclusive,<br><br>       Defendants. | Case No. 1:25-cv-00102-KES-FJS<br><br>ORDER CONTINUING SCHEDULING CONFERENCE PENDING RESOLUTION OF PLAINTIFF'S MOTION TO REMAND<br><br>(ECF No. 32) |

On May 6, 2026, the court ordered the parties to appear for a scheduling conference on May 15, 2026, at 9:00 a.m. (*See* ECF No. 30.) On May 13, 2026, Plaintiff Hildefonso B. Lujano filed a motion to remand. (ECF No. 32.)  Due to the pending motion before Judge Sheriff, the SCHEDULING CONFERENCE currently set for May 15, 2026, is continued to <u>July 14, 2026, at 10:30 a.m in COURTROOM 8 (FJS) before Magistrate Judge Frank. J Singer.</u> The parties shall file a joint scheduling report seven (7) days prior to the conference. The parties shall appear remotely by telephone. The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference. The conference number and password are confidential and not to be shared.

IT IS SO ORDERED.

Dated:  **May 14, 2026**

_____
UNITED STATES MAGISTRATE JUDGE