UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDEFONSO B. LUJANO,<br>Plaintiff,<br>v.<br>GREIF, INC., et al.,<br>Defendants. | Case No. 1:25-cv-00102-KES-FJS<br>ORDER CONTINUING SCHEDULING CONFERENCE AND ORDER TO SHOW CAUSE<br>SEVEN (7) DAY DEADLINE |

On January 23, 2025, this action was removed from state court. (ECF No. 1.) The initial scheduling conference is currently set for August 4, 2026. (ECF No. 10.)

On May 29, 2025, the court held a status conference to address the service of Defendant Liz Corona and Plaintiff Hildefonso B. Lujano's ("Plaintiff") anticipated motion to remand. (ECF No. 12.) At that time, Plaintiff indicated Defendant Corona had been sought unsuccessfully but leave to amend would be sought to name a different individual defendant, Ricardo Torres. (ECF No. 12.)

Plaintiff attempted to file a first amended complaint naming Ricardo Torres but the court stuck the complaint from the docket and required Plaintiff to move for leave to amend. (ECF No. 15.)

Plaintiff later alerted the court that naming Liz Corona was "an administrative error" and

that “Ricardo Torres” was intended to have been named. (ECF No. 18 at 2.) Plaintiff further “determined that a motion to amend and name Ricardo Torres would likely be futile.” (ECF No. 18 at 2.)

Plaintiff later indicated in a joint status report filed on July 28, 2026, that he does not intend to bring a motion to remand at this time. (ECF No. 37 at 2.) To date, Defendant Corona has not been dismissed nor has she apparently been served. Generally, the court will not hold an initial scheduling conference with a defendant who has not appeared and answered.

Rule 4(m) provides that “[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.” Fed. R. Civ. P. 4(m). The time limit for service pursuant to Rule 4(m) has lapsed.

Accordingly, the court ORDERS the following:

1. Plaintiff is ORDERED to SHOW CAUSE within seven (7) days of this order as to why Defendant Corona should not be dismissed without prejudice for Plaintiff’s failure to timely effect service pursuant to Rule 4(m). Plaintiff may discharge this order to show cause by dismiss Defendant Corona pursuant to Rule 41(a)(1)(A)(i). Failure to comply with this order may be grounds for imposition of sanctions, including dismissal. *See* L.R. 110; *Thompson v. Hous. Auth. of City of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986);
2. The SCHEDULING CONFERENCE currently set for August 4, 2026, is continued to September 1, 2026, at 11:00 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer;
3. The parties shall file a joint scheduling report seven (7) days prior to the conference;

4. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **July 31, 2026**

UNITED STATES MAGISTRATE JUDGE