UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDEFONSO B. LUJANO<br>*an individual and on behalf of all others similarly situated,*<br>Plaintiff,<br>v.<br>GREIF, INC., et al.,<br>Defendants. | CASE NO. 1:25-cv-00102-KES-FJS<br><br>ORDER GRANTING IN PART REQUEST TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 41) |

Having considered the parties' joint status report requesting to continue the scheduling conference (ECF No. 41), and good cause appearing, the court ORDERS:

1. The parties' request to continue the scheduling conference (ECF No. 41) is GRANTED in part to continue the scheduling conference pursuant to the court's calendar;

2. The scheduling conference currently set for September 1, 2026, is CONTINUED to September 15, 2026, at 10:30 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer;

3. The parties shall file their joint scheduling report seven (7) days before the rescheduled conference; and

4. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **August 28, 2026**

UNITED STATES MAGISTRATE JUDGE