UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HILDEFONSO B. LUJANO, an individual and on behalf of all others similarly situated,

Plaintiff,

v.

GREIF, INC., a Delaware Corporation; GREIF PACKAGING, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,

Defendants.

GREIF, INC., a Delaware Corporation; and GREIF PACKAGING, LLC, a Delaware limited liability company,

Counterclaimants,

v.

HILDEFONSO B. LUJANO, an individual,

Counterdefendant

Case No. 1:25-cv-00102-KES-FJS

ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS

(ECF No. 51)

On November 6, 2026, the parties filed a notice of settlement, informing the court that a settlement in principle of Plaintiff's individual claims and Defendants' counterclaim has been reached. (*See generally* ECF No. 51.) The parties anticipate filing a stipulation dismissing Plaintiff's individual claims and Defendants' counterclaims with prejudice and the putative class claims without prejudice within forty-five (45) days of the date of the notice of settlement. (*Id.*)

Pursuant to Local Rule 160, the court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. L.R. 160(b). The parties indicate that an additional twenty-four (24) days is needed due to the need to "negotiate and execute the long-form settlement agreement, coordinate the resolution of the related representative action pending in the Superior Court of California, County of Los Angeles, Case No. 25STCV16305 and Case No. 24CV-03336, pending in the Superior Court of Merced County from which the Class Action was removed." (*Id.* at 2.)

Accordingly, pursuant to the notice (ECF No. 51), it is HEREBY ORDERED that all pending matters and dates in this action are VACATED. Plaintiff SHALL file, or ensure the filing of, dispositional documents no later than December 21, 2026. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **November 9, 2026**

UNITED STATES MAGISTRATE JUDGE